**Venus Giron FERNANDO, a.k.a Venus Fernando, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–70213.

United States Court of Appeals, Ninth Circuit.

---

Submitted Feb. 15, 2011.*

Filed March 1, 2011.

Mary Beth Kaufman, Esquire, Law Offices of Jill Stanton, San Francisco, CA, for Petitioner.

Oil, Rosanne Perry, Trial, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Venus Giron Fernando, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo claims of ineffective assistance of counsel. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Fernando's motion to reopen where she failed to establish that ineffective assistance of counsel may have affected the outcome of her case. *See id.* at 793–94 (to demonstrate prejudice, alien must establish that counsel's performance may have affected the outcome of proceedings).

Fernando's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

